Stephanie Sheridan (CA 135910)
Meegan B. Brooks  (CA 298570)
Benesch, Friedlander, Coplan & Aronoff LLP
100 Pine Street, Suite 3100
San Francisco, California 94111
Telephone:   628.600.2250
Facsimile:    628.221.5828
mbrooks@beneschlaw.com

Attorneys for Defendant
EIGHT SLEEP, INC.

ZIMMERMAN REED LLP
Caleb Marker (CA 269721)
Jessica Liu (CA 358713)
6420 Wilshire Blvd, Suite 1080
Los Angeles, CA 90048
Telephone: 877.500.8780
Facsimile: 877.500.8781
caleb.marker@zimmreed.com
jessica.liu@zimmreed.com

Attorneys for Plaintiffs

*[Additional counsel listed in signature block]*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TUSHAR CHOPRA and BRIAN DELSHAD, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>EIGHT SLEEP, INC. and DOES 1-10,<br><br>Defendant. | Case No. 5:25-cv-02808<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT [L.R. 6-1]** |

Pursuant to Local Rule 6-1, Defendant Eight Sleep, Inc. ("Defendant") and Plaintiffs Tushar Chopra and Brian Delshad ("Plaintiffs") (collectively, the "Parties"), by and through their respective counsel, hereby stipulate to an extension of the time for Defendant to file its response to Plaintiffs' Complaint. In support of this Stipulation, the Parties state as follows:

1. Plaintiffs filed this action against Defendant on March 25, 2025.

2. Plaintiffs served Defendant by Waiver of Service of Summons on March 31, 2025.

3. Pursuant to Rule 4 of the Federal Rules of Civil Procedure, Defendant's initial deadline to respond to the Complaint was May 30, 2025. On May 12, 2025, the Parties agreed to extend Defendant's response deadline by 30 days, to June 29, 2025 pursuant to L.R. 6-1.

4. The Parties continue to meet and confer to discuss the potential for early resolution.

5. The Parties therefore agree to extend Defendant's response deadline by an additional thirty (30) days to July 29, 2025. Pursuant to L.R. 6-1, a Court order is not required to effectuate this agreement, which will not alter the date of any event or any deadline already fixed by court order.

Dated: June 23, 2025

Respectfully submitted,

*s/ Meegan B. Brooks*
STEPHANIE SHERIDAN (CA 135910)
MEEGAN B. BROOKS (CA 298570)
Benesch, Friedlander, Coplan & Aronoff LLP

NICOLE C. VALKO (CA 258506)
Latham & Watkins LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Telephone: 415.391.0600
Facsimile: 415.395.8095
Nicole.Valko@lw.com

SHLOMO FELLIG (*pro hac vice forthcoming*)
Latham & Watkins LLP
200 Clarendon Street
Boston, MA 02116
Telephone: 617.948.6000
shlomo.fellig@lw.com

| | |
|---|---|
| 1 | Attorneys for Defendant |
| 2 | EIGHT SLEEP, INC. |
| 3 | Dated: June 23, 2025      Respectfully submitted, |
| 4 | <u>s/ *Charles R. Toomajian III*</u> |
| 5 | |
| 6 | ZIMMERMAN REED LLP |
| | Charles R. Toomajian III (SBN 302153) |
| 7 | 1100 IDS Center |
| | 80 South 8th Street |
| 8 | Minneapolis, Minnesota 55402 |
| | Tel: (612) 341-0400 |
| 9 | Fax: (612) 341-0844 |
| | charles.toomajian@zimmreed.com |

Attorneys for Defendant
EIGHT SLEEP, INC.

Dated:  June 23, 2025

Respectfully submitted,

<u>s/ *Charles R. Toomajian III*</u>

ZIMMERMAN REED LLP
Charles R. Toomajian III (SBN 302153)
1100 IDS Center
80 South 8th Street
Minneapolis, Minnesota 55402
Tel: (612) 341-0400
Fax: (612) 341-0844
charles.toomajian@zimmreed.com

ZIMMERMAN REED LLP
Caleb LH Marker (SBN 269721)
Jessica M. Liu (SBN 358713)
6420 Wilshire Blvd, Suite 1080
Los Angeles, CA 90048
Tel: (877) 500-8780
Fax: (877) 500-8781
caleb.marker@zimmreed.com
jessica.liu@zimmreed.com

JENNINGS & EARLEY PLLC
Winston S. Hudson*
500 President Clinton Avenue, Suite 110
Little Rock, Arkansas 72201
Tel: (601) 270-0197
chris@jefirm.com
tyler@jefirm.com
winston@jefirm.com

* Pro Hac Vice application to be submitted

Counsel for Plaintiffs and the Proposed Class

## SIGNATURE ATTESTATION

In accordance with Local Rule 5-1(i)(3), I, Meegan B. Brooks, attest that I have obtained concurrence in the filing of this document from the other signatory listed above.

                                              *s/ Meegan B. Brooks*
                                              Meegan B. Brooks