Stephanie Sheridan (CA 135910)
Meegan B. Brooks (CA 298570)
Benesch, Friedlander, Coplan & Aronoff LLP
100 Pine Street, Suite 3100
San Francisco, California 94111
Telephone: 628.600.2250
Facsimile: 628.221.5828
mbrooks@beneschlaw.com

Attorneys for Defendant
EIGHT SLEEP, INC.

ZIMMERMAN REED LLP
Caleb Marker (CA 269721)
Jessica Liu (CA 358713)
6420 Wilshire Blvd, Suite 1080
Los Angeles, CA 90048
Telephone: 877.500.8780
Facsimile: 877.500.8781
caleb.marker@zimmreed.com
jessica.liu@zimmreed.com

Attorneys for Plaintiffs

*[Additional counsel listed in signature block]*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TUSHAR CHOPRA and BRIAN DELSHAD, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>EIGHT SLEEP, INC. and DOES 1-10,<br><br>Defendant. | Case No. 5:25-cv-02808-EKL<br><br>**FIRST STIPULATED REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>**AS MODIFIED** |

Pursuant to Local Rule 7-12 and the Standing Orders of this Court, Defendant Eight Sleep, Inc. ("Defendant") and Plaintiffs Tushar Chopra and Brian Delshad ("Plaintiffs") (collectively, the "Parties"), by and through their respective counsel, stipulate to continue the Case Management Conference as follows:

WHEREAS, Plaintiffs filed this action against Defendant on March 25, 2025.

WHEREAS, Plaintiffs served Defendant by Waiver of Service of Summons on March 31, 2025, making Defendant's initial response deadline May 30, 2025.

WHEREAS, On April 4, 2025, this Court issued an Order scheduling a Case Management Conference (CMC) for July 2, 2025. ECF 11.

WHEREAS, On May 21, 2025, the Parties agreed and stipulated to extend Defendant's response deadline to June 29, 2025, pursuant to L.R. 6-1.

WHEREAS, Because Defendant plans to file a motion to dismiss that, if granted, would dispose of the entire case, good cause exists to move the initial case management conference after the hearing on that motion. *See* Standing Order For Civil Cases Before Judge Eumi K. Lee at § VI. The Parties therefore jointly request that the CMC be vacated, to be later rescheduled for at least 21 days after the hearing on Defendant's forthcoming motion to dismiss.

IT IS HEREBY AGREED, STIPULATED, AND JOINTLY REQUESTED, by and between Plaintiffs and Defendant, through their respective counsel, that the Court vacate the Case Management Conference currently scheduled for July 2, 2025, to be later rescheduled for at least 21 days after the hearing on Defendant's forthcoming motion to dismiss.

Dated:  June 3, 2025

Respectfully submitted,

*s/ Meegan B. Brooks*
STEPHANIE SHERIDAN (CA 135910)
MEEGAN B. BROOKS (CA 298570)
Benesch, Friedlander, Coplan & Aronoff LLP

NICOLE C. VALKO (CA 258506)
Latham & Watkins LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111

| | |
|---|---|
| 1 | Telephone: 415.391.0600 |
| 2 | Facsimile: 415.395.8095 |
| | Nicole.Valco@lw.com |
| 3 | |
| | SHLOMO FELLIG (*pro hac vice forthcoming*) |
| 4 | Latham & Watkins LLP |
| | 200 Clarendon Street |
| 5 | Boston, MA 02116 |
| | Telephone: 617.948.6000 |
| 6 | shlomo.fellig@lw.com |
| 7 | |
| | Attorneys for Defendant |
| 8 | EIGHT SLEEP, INC. |

Dated:  June 3, 2025                              Respectfully submitted,

*s/ Charles R. Toomajian III*

CHARLES R. TOOMAJIAN III (SBN 302153)
Zimmerman Reed LLP
1100 IDS Center
80 South 8th Street
Minneapolis, Minnesota 55402
Tel: (612) 341-0400
Fax: (612) 341-0844
charles.toomajian@zimmreed.com

CALEB LH MARKER (SBN 269721)
JESSICA M. LIU (SBN 358713)
Zimmerman Reed LLP
6420 Wilshire Blvd, Suite 1080
Los Angeles, CA 90048
Tel: (877) 500-8780
Fax: (877) 500-8781
caleb.marker@zimmreed.com
jessica.liu@zimmreed.com

Winston S. Hudson (*pro hac vice forthcoming*)
Jennings & Earley PLLC
500 President Clinton Avenue, Suite 110
Little Rock, Arkansas 72201
Tel: (601) 270-0197
chris@jefirm.com
tyler@jefirm.com
winston@jefirm.com

Counsel for Plaintiffs and the Proposed Class

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**
Case Management Conference reset to September 10, 2025 at 1:30pm by Zoom.  Updated joint case management statement due two weeks before the conference.

Dated: June 24, 2025

_____
Hon. Eumi K. Lee
U.S. District Court Judge