Caleb Marker (SBN 269721)
  Email: caleb.marker@zimmreed.com
Jessica Liu (SBN 358713)
  Email: jessica.liu@zimmreed.com
ZIMMERMAN REED LLP
6420 Wilshire Blvd, Suite 1080
Los Angeles, CA 90048
Tel: (877) 500-8780
Fax: (877) 500-8781

*Attorneys for Plaintiffs and the Proposed Class*

[Additional Attorneys for Plaintiffs Listed on Back Cover]

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TUSHAR CHOPRA and BRIAN DELSHAD, individually and on behalf of all others similarly situated,<br><br>                    Plaintiffs,<br><br>v.<br><br>EIGHT SLEEP, INC., and DOES 1-10,<br><br>                    Defendant. | Civil Action No.: 5:25-cv-02808-EKL<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Plaintiffs Tushar Chopra and Brian Delshad, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby voluntarily dismiss their claims against Defendant Eight Sleep, Inc., with prejudice. The Defendant has not served an answer or a motion for summary judgment.

Dated: August 29, 2025                     Respectfully submitted,

*/s/ Charles R. Toomajian III*

**ZIMMERMAN REED LLP**
Charles R. Toomajian III (SBN 302153)
1100 IDS Center
80 South 8th St
Minneapolis, MN 55402
Tel: (612) 852-3000
charles.toomajian@zimmreed.com

**ZIMMERMAN REED LLP**
Caleb LH Marker (SBN 269721)
Jessica M. Liu (SBN 358713)
6420 Wilshire Blvd, Suite 1080
Los Angeles, CA 90048
Tel: (877) 500-8780
Fax: (877) 500-8781
caleb.marker@zimmreed.com
jessica.liu@zimmreed.com

**JENNINGS & EARLEY PLLC**
Winston S. Hudson*
500 President Clinton Avenue, Suite 110
Little Rock, Arkansas 72201
Tel: (601) 270-0197
chris@jenningspllc.com
tyler@jenningspllc.com
winston@jenningspllc.com

* *Pro Hac Vice* applications to be submitted

*Counsel for Plaintiffs and the Proposed Class*